# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLEEN A. McCOSKER,<br><br>Defendant. | PO-20-05023-GF-JTJ<br><br>VIOLATION:<br>7353131<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation 7353131 (for a total of $130), and for good cause shown, IT IS ORDERED that the $130 fine paid by the defendant is accepted as a full adjudication of violation 7353131. IT IS FURTHER ORDERED that the initial appearance scheduled for August 6, 2020, is VACATED.

DATED this 27th day of July, 2020.

_____
John Johnston
United States Magistrate Judge